Certificate Number: 17082-FLS-DE-037835205

Bankruptcy Case Number: 23-16073

17082-FLS-DE-037835205

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 9, 2023, at 2:06 o'clock PM MST, JOSE A GONZALEZ completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date: October 9, 2023

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director